UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK,<br><br>        Plaintiff,<br><br>    v.<br><br>ROAD LINER LLC,<br><br>        Defendant. | Case No.: 1:21-cv-1155 - AWI - JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(Docs. 11, 13) |

       Valley National Bank assert that Road Liner LLC breached a contract related to the financing of premiums charged by an insurance company. (Doc. 1.)  Because Road Liner LLC failed to respond to the allegations in the complaint, Plaintiff requested default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure. (Doc. 11.)

       The magistrate judge determined the factors set forth by the Ninth Circuit in Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986) weighed in favor of the entry of default judgment. (Doc. 13 at 5-7.) Therefore, the magistrate judge recommended the motion for default judgment be granted.  In addition, the magistrate judge recommended judgement be entered in favor of Plaintiff Valley National Bank and against Defendant Road Liner LLC in the amount of $90,013.50.  (Id. at 8.)

       The parties were granted fourteen days from the date of service to file any objections to the recommendations of the Magistrate Judge. (Doc. 13 at 8.)  In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's

1

order." (Id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Wilkerson v. Wheeler, 772 F.3d 834, 834 (9th Cir. 2014)).  Thus, any objections were to be filed no later than November 23, 2021.  To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations dated November 9, 2021 (Doc. 13) are **ADOPTED IN FULL**;
2. Plaintiff's motion for default judgment (Doc. 11) is **GRANTED**;
3. Judgement **SHALL** be entered in favor of Plaintiff Valley National Bank and against Defendant Road Liner LLC in the amount of $90,013.50; and
4. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   November 30, 2021

SENIOR DISTRICT JUDGE